**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   WILLIAM HELM, et al.,

10            Plaintiffs,                    No. C 08-01184 JSW

11      v.

12   ALDERWOODS GROUP INC, et al.,

13            Defendants.                    **SUA SPONTE JUDICIAL**
                                             **REFERRAL FOR PURPOSES OF**
14   _____/   **DETERMINING RELATIONSHIP**
                                             **OF CASES**
15
16            Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case

17   is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v.*

     *Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.

18            **IT IS SO ORDERED.**

19

20
     Dated: March 13, 2008
21                                           _____
                                             JEFFREY S. WHITE
22                                           UNITED STATES DISTRICT JUDGE

23

24   cc:    Judge Susan Illston

25
26
27
28