1  STEVEN H. GURNEE, ESQ. SB# 66056
2  DAVID M. DANIELS, ESQ. SB# 170315
   NICHOLAS P. FORESTIERE, SB# 125118
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
5  Facsimile     (916) 797-3131

6  Attorneys for Defendants

7  ALDERWOODS GROUP, INC., PAUL
   HOUSTON, SERVICE CORPORATION
8  INTERNATIONAL, SCI FUNERAL AND
   CEMETERY PURCHASING COOPERATIVE,
9  INC., SCI EASTERN MARKET SUPPORT
   CENTER, L.P., SCI WESTERN MARKET
10 SUPPORT CENTER, L.P. and SCI HOUSTON
11 MARKET SUPPORT CENTER, L.P.

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 WILLIAM HELM, et al., on behalf of        )   CASE NO.  3:08-cv-01184 SI
   themselves and all other employees and former )
17 employees similarly situated,              )
                                              )   **[PROPOSED] ORDER CONTINUING
18                                            )   HEARING ON MOTIONS TO DISMISS
              Plaintiffs,                     )   AND SCHEDULING MOTION TO
19       vs.                                  )   COMPEL**
                                              )
20 ALDERWOODS GROUP, INC. et al.              )
                                              )
21                                            )
              Defendants.                     )
22                                            )
                                              )
23 _____)

24       Pursuant to the Joint Report of the parties and good cause appearing, the Court orders as

25 follows:

26       1.    The Court will hear argument on Plaintiffs' Motion to Compel on March 20, 2009,

27 and Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing date,

28 [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
   SCHEDULING MOTION TO COMPEL                                                            1
   Case No.: 3:08-CV-01184 SI

1  Defendant's opposition shall be due not less than 21 days before the hearing date, and Plaintiffs'
2  reply shall be due not less than 14 days before the hearing date.
3         2.     The hearing on Defendants' Motions to Dismiss and the Further Case Management
4  Conference shall be continued to a date to be determined by the Court at the March 20, 2009
5  hearing on Plaintiffs' Motion to Compel.

6
7  **IT IS SO ORDERED:**
8
                                                   _____
9                                                  The Honorable Susan Illston

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
    SCHEDULING MOTION TO COMPEL                                                         2
    Case No.:  3:08-CV-01184 SI