1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,          )  **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of  )
12  themselves and all other employees and former )
    employees similarly situated,          )
13                                          )  **[PROPOSED] ORDER CONTINUING**
                    Plaintiffs,             )  **CASE MANAGEMENT CONFERENCE**
14                                          )
    v.                                      )
15                                          )
    ALDERWOODS GROUP, INC.,                 )
16                                          )
                    Defendant.              )
17                                          )
                                            )
18                                          )
    _____)
19

20       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22       1.      The date for the further Case Management Conference, previously set for December

23  16, 2010 is continued to **February 18, 2011 at 3:00 p.m.**

24

25

26

27

28
    [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    1

    Case No.:  3:08-CV-01184 SI

1    **IT IS SO ORDERED:**

2    Dated: _____          _____
3                                              Honorable Susan Illston
                                                 United States District Court
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    2

Case No.:  3:08-CV-01184 SI