```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
    NICHOLAS P. FORESTIERE, ESQ. SB#125118
 2  JOHN A. MASON, ESQ. SB# 166996
    GURNEE & DANIELS LLP
 3  2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
 4  Telephone    (916) 797-3100
    Facsimile    (916) 797-3131
 5
    Attorneys for Defendants
 6  ALDERWOODS GROUP, INC.

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,       )  No.  CV 08-01184 SI
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,       )  [PROPOSED] ORDER CONTINUING
13                                      )  DATE FOR CASE MANAGEMENT
                                        )  CONFERENCE
14              Plaintiffs,             )
                                        )
15       vs.                            )
                                        )
16  ALDERWOODS GROUP, INC.,             )
                                        )
17              Defendants.             )
                                        )
18  _____    )

19       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

20  follows:

21

22       1.   The date for the further Case Management Conference in this matter, previously set

23  for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

24

25  ////

26

27  ////

28
```

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

1

1  **IT IS SO ORDERED:**

2

Dated: 7/25/11

3

_____
Honorable Susan Illston
United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2