IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA


| | | |
|---|---|---|
| Robert Bowen, | ) | C/A No. 3:11-cv-2335-JFA |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Alderwoods Group, Inc., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |
| | | |
| Tori Taylor, | ) | C/A No. 2:11-cv-2336-JFA |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Alderwoods Group, Inc., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |
| | | |
| Philip R. Tillman, | ) | C/A No. 0:11-cv-2337-JFA |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Alderwoods Group, Inc., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

**ORDER**


AND NOW, this 5th day of April, 2012, having been informed that Plaintiffs do not

wish to proceed in the above-captioned cases, said Complaints are hereby dismissed, without

prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

April 5, 2012                                              Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge